IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALVIN RICHARDSON,

    Petitioner,

  v.

MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, JOHN MARSHALL, Warden California Men's Colony,

    Respondents.

No. C 09-2227 WHA

**ORDER SETTING SCHEDULE RE MOTION TO DISMISS AND VACATING HEARING**

Respondent has filed a motion to dismiss the petition for a writ of habeas corpus in this action. Any response from petitioner shall be due on or before **DECEMBER 30, 2009.** The hearing noticed for February 18, 2010 is hereby vacated. A hearing will be noticed if necessary by the Court if there is not a decision on the papers first.

**IT IS SO ORDERED.**

Dated: November 30, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE