IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALVIN RICHARDSON,**<br><br>                             Petitioner,<br><br>   v.<br><br>**MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, JOHN MARSHALL, Warden California Men's Colony,**<br><br>                             Respondent. | Case No. C 09-2227 WHA<br><br>[PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |

GOOD CAUSE APPEARING, it is hereby ordered that the time within which respondent is to answer the petition for writ of habeas corpus and provide the relevant state record shall be extended 60 days, to and including August 11, 2010.

Dated: June 3, 2010.

_____
The Honorable
United States District Judge

IT IS SO ORDERED
Judge William Alsup

1

[Proposed] Order (*Richardson v. Cate, et al.* - C 09-2227 WHA)