IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALVIN RICHARDSON,** | Case No. C 09-2227 WHA |
| Petitioner, | [PROPOSED] **ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, JOHN MARSHALL, Warden California Men's Colony,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that the time within which respondent is to answer the petition for writ of habeas corpus and provide the relevant state record shall be extended 50 days, to and including September 30, 2010.

Dated: __August 4, 2010.__

*IT IS SO ORDERED*
*Judge William Alsup*

1

[Proposed] Order (*Richardson v. Cate, et al.* C09-2227 WHA)