IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALVIN RICHARDSON,** <br><br>                              Petitioner, <br><br> v. <br><br> **MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, JOHN MARSHALL, Warden California Men's Colony,** <br><br>                              Respondent. | Case No. C 09-2227 WHA <br><br> [~~PROPOSED~~] ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |

GOOD CAUSE APPEARING, it is hereby ordered that the time within which respondent is to answer the petition for writ of habeas corpus and provide the relevant state record shall be extended 7 days, to and including October 7, 2010. This will be the last extension granted.

Dated:  September 27, 2010.

_____
The Honorable William Alsup
United States District Judge

1

[~~Proposed~~] Order (*Richardson v. Cate, et al.* - C 09-2227 WHA)