IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN RICHARDSON,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, JOHN MARSHALL, Warden California Men's Colony,<br><br>　　　　　　　　　　　　Respondent. | Case No. C 09-2227 WHA<br><br>[~~PROPOSED~~] ORDER ON APPLICATION TO FILE OVERSIZED BRIEF |

　　Respondent's application for leave to file a memorandum of points and authorities in support of respondent's answer in excess of 25 pages is GRANTED.

　　**IT IS SO ORDERED.**

Dated: ___October 7, 2010.___　　　　　　　　／s／ _William Alsup_
　　　　　　　　　　　　　　　　　　　　The Honorable William Alsup
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

[~~Proposed~~] Order (C 09-2227 WHA)