IN THE UNITED STATES DISTRICT COUT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALVIN RICHARDSON, ) | Case No. C 09-2227 WHA |
| ) | |
| Petitioner, ) | [PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 15 PAGES |
| ) | |
| vs. ) | |
| ) | |
| MATTHEW CATE, Secretary of the California ) Department of Corrections and Rehabilitation, JOHN ) MARSHALL, Warden California Men's Colony, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____ ) | |

Petitioner's application for leave to file a Reply Memorandum of Points and Authorities in Support of Petition for Writ of Habeas Corpus  in excess of 15 pages in **Granted**.

**IT IS SO ORDERED**

DATED: December 7, 2010.

_____
The Honorable William Alsup
United States District Judge